UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02609-ODW(SSx) | Date | May 22, 2017 |
|---|---|---|---|
| Title | Jeffrey Adair v. Barclays Bank Delaware | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Todd M Friedman | Jordan S Yu |

**Proceedings:**    **PRETRIAL CONFERENCE**

     Case called.  No appearances by either party. On July 12, 2016, the court issued a Scheduling Order [11].  A Pretrial conference was set for today at 1:30pm.  Counsel failed to file the required paperwork.  It is now 1:52pm and still no appearances by either party.   The Court dismisses the case with prejudice for failure to prosecute.

:    01

Initials of Preparer    se